**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SUUFI and SAM KOCH, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>MEDIALAB.AI, INC.,<br>                              Defendant. | Case No.   2:22-cv-979<br><br>**CLASS ACTION COMPLAINT**<br><br><u>**JURY TRIAL DEMANDED**</u> |

Plaintiffs Mohamed Suufi and Sam Koch ("Plaintiffs"), on behalf of themselves and all other persons similarly situated, by and through their attorneys, make the following allegations pursuant to the investigation of their counsel and based upon information and belief, except as to allegations specifically pertaining to themselves and their counsel, which are based on personal knowledge.

## NATURE OF THE ACTION

1.      This is a class action suit brought on behalf of all persons who have accounts with Facebook and Imgur and who viewed videos on Imgur.com.

2.      MediaLab.Ai, Inc., ("Defendant" or "Imgur") develops, owns, and operates a popular website, Imgur.com, which Defendant hosts and disseminates images, GIFs, and videos.[1]   Defendant makes money by collecting and sharing the personal information of Imgur's subscribers.[2]   In 2014, for example, Imgur's Head of Special Initiatives said he planned to monetize the site by doing a "deep dive into the data to analyze who uses Imgur," along with discovering "why, where, what, and when" users and subscribers view content.[3]

3.      Plaintiffs bring this action for damages and other legal and equitable remedies resulting from the illegal actions of Defendant in knowingly disclosing

---

[1] Shannon Liao, *Imgur adds 30-second video uploads so your GIFs can have soundtracks*, THE VERGE (MAY 28, 2018) ("Imgur is launching video after years of hosting still images and GIFs on its platform. … And Imgur is likely going to use the opportunity to insert video ads to help make the service more profitable."); Josh Constine, *Gif lord Imgur caves to video to hasten profitability*, TechCrunch (May 29, 2018) ("Starting today, everyone can watch videos on Imgur, while iOS users can post video, with that opening to more people soon."); *see also* IMGUR BLOG, UPLOAD VIDEOS (WITH SOUND!) ON IMGUR FOR IOS ("Imgur's mission is to surface the world's most entertaining content, and we're excited to introduce short-form video to our platform. … You can choose to include, or remove, sound from your post, have multiple videos in one post, or mix with images and GIFs.").

[2] Megan Ross Dickey, *This Is The Future Of Imgur, The Massive Photo-Sharing Startup Yahoo Wants to Buy*, BUS. INSIDER (Mar. 18, 2014).

[3] *Id.*

---

CLASS ACTION COMPLAINT                                                            1

personally identifiable information—including a record of every video clip viewed by the user—to unrelated third parties.

4.     The VPPA prohibits "[a] video tape service provider who knowingly discloses, to any person, personally identifiable information concerning any consumer of such provider." 18 U.S.C. § 2710(a)(4). "Personally identifiable information" ("PII") is defined as "information which identifies a person as having requested or obtained specific video materials or services from a video tape service provider." 18 U.S.C. § 2710(a)(3).

5.     The United States Congress passed the VPPA in 1988, seeking to confer onto consumers the power to "maintain control over personal information divulged and generated in exchange for receiving services from video tape service providers." S. Rep. No. 100-599, at 8. "The Act reflects the central principle of the Privacy Act of 1974: that information collected for one purpose may not be used for a different purpose without the individual's consent." *Id.*

6.     Defendant violated the VPPA by knowingly transmitting Plaintiffs' and the putative class's personally identifiable information to unrelated third parties.

## THE PARTIES

7.     Plaintiff Sam Koch is a resident of Somerville, Massachusetts. In June 2007, Mr. Koch created a Facebook account, and in April 2014, he created an Imgur account. To sign up for Imgur, Mr. Koch provided his email and created a username and password. Mr. Koch frequented Imgur to, among other things, watch videos. Unbeknownst to Mr. Koch, every time he watched a video on Imgur's website, Imgur compelled his browser to send first-party and third-party cookies to Facebook. These cookies contained his Facebook ID, and Imgur transmitted this identifier alongside event data that tracked what buttons he clicked and what pages he viewed. Along with the Facebook ID, Imgur also compelled Mr. Koch's browser to send other identifiers to Facebook, like his email, phone number and username. Imgur likewise disclosed these identifiers alongside event data. By transmitting Mr. Koch's

---

CLASS ACTION COMPLAINT                                                    2

Facebook ID and other identifiers alongside data that revealed the videos he watched, Imgur violated the VPPA.  Mr. Koch discovered Imgur surreptitiously disclosed his personally identifiable information in December 2021.

8.      Plaintiff Mohamed Suufi is a resident of Cambridge, Massachusetts.  In May 2015, Mr. Suufi created a Facebook account, and in July 2018, he created an Imgur account.  To sign up for Imgur, Mr. Suufi provided his email and created a username and password.  Mr. Suufi frequented Imgur to, among other things, watch videos.  Unbeknownst to Mr. Suufi, every time he watched a video on Imgur's website, Imgur compelled his browser to send first-party and third-party cookies to Facebook.  These cookies contained his Facebook ID, and Imgur transmitted this identifier alongside event data that tracked what buttons he clicked and what pages he viewed.  Along with the Facebook ID, Imgur also compelled Mr. Suufi's browser to send other identifiers to Facebook, like email, phone number and username.  Imgur likewise disclosed these identifiers alongside event data.  By transmitting Mr. Suufi's Facebook ID and other identifiers alongside data that revealed the videos he watched, Imgur violated the VPPA.  Mr. Suufi discovered Imgur surreptitiously disclosed his personally identifiable information in December 2021.

9.      Defendant MediaLab.Ai, Inc. is a Delaware corporation with its principal place of business at 1222 6th Street, Santa Monica, California 90401.  Defendant develops, owns, and operates a popular website, Imgur.com, which disseminate images and videos.

## JURISDICTION AND VENUE

10.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiffs bring this civil action under the laws of the United States.

11.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendant's principal place of business is in this District.

1

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

**A.      Facebook and The Facebook Pixel**

12.      Facebook is the largest social networking site on the planet, touting 2.9 billion monthly active users.[4]  Facebook describes itself as a "real identity platform,"[5] meaning users are allowed only one account and must share "the name they go by in everyday life."[6]  To that end, when creating an account, users must provide their first and last name, along with their birthday and gender.[7]

13.      Facebook generates revenue by selling advertising space on its website.[8]

14.      Facebook sells advertising space by highlighting its ability to target users.[9]  Facebook can target users so effectively because it surveils user activity both on and off its site.[10]  This allows Facebook to make inferences about users beyond what they explicitly disclose, like their "interests," "behavior," and "connections."[11]  Facebook compiles this information into a generalized dataset called "Core

---

[4] Sean Burch, *Facebook Climbs to 2.9 Billion Users, Report 29.1 Billion in Q2 Sales*, YAHOO (July 28, 2021), https://www.yahoo.com/now/facebook-climbs-2-9-billion-202044267.html.

[5] Sam Schechner and Jeff Horwitz, *How Many Users Does Facebook Have? The Company Struggles to Figure It Out*, WALL. ST. J. (Oct. 21, 2021).

[6] FACEBOOK, COMMUNITY STANDARDS, PART IV INTEGRITY AND AUTHENTICITY, https://www.facebook.com/communitystandards/integrity_authenticity.

[7] FACEBOOK, SIGN UP, https://www.facebook.com/

[8] Mike Isaac, *Facebook's profit surges 101 percent on strong ad sales.*, N.Y. TIMES (July 28, 2021), https://www.nytimes.com/2021/07/28/business/facebook-q2-earnings.html.

[9] FACEBOOK, WHY ADVERTISE ON FACEBOOK, https://www.facebook.com/business/help/205029060038706.

[10] FACEBOOK, ABOUT FACEBOOK PIXEL, https://www.facebook.com/business/help/742478679120153?id=1205376682832142.

[11] FACEBOOK, AD TARGETING: HELP YOUR ADS FIND THE PEOPLE WHO WILL LOVE YOUR BUSINESS, https://www.facebook.com/business/ads/ad-targeting.

---

Audiences," which advertisers use to apply highly specific filters and parameters for their targeted advertisements.[12]

15.     Advertisers can also build "Custom Audiences."[13]  Custom Audiences enables advertisers to reach "people who have already shown interest in [their] business, whether they're loyal customers or people who have used [their] app or visited [their] website."[14] With Custom Audiences, advertisers can target existing customers directly, and they can also build "Lookalike Audiences," which "leverages information such as demographics, interests, and behavior from your source audience to find new people who share similar qualities."[15]   Unlike Core Audiences, Custom Audiences requires an advertiser to supply the underlying data to Facebook. They can do so through two mechanisms: by manually uploading contact information for customers, or by utilizing Facebook's "Business Tools," which collect and transmit the data automatically.[16] One such Business Tool is the Facebook Tracking Pixel.

16.     The Facebook Tracking Pixel is a piece of code that advertisers, like Defendant, can integrate into their website.  Once activated, the Facebook Tracking Pixel "tracks the people and type of actions they take."[17]  When the Facebook Tracking Pixel captures an action, it sends a record to Facebook.  Once this record is

---

[12] FACEBOOK, EASIER, MORE EFFECTIVE WAYS TO REACH THE RIGHT PEOPLE ON FACEBOOK, https://www.facebook.com/business/news/Core-Audiences.

[13] FACEBOOK, ABOUT CUSTOM AUDIENCES, https://www.facebook.com/business/help/744354708981227?id=2469097953376494.

[14] FACEBOOK, ABOUT EVENTS CUSTOM AUDIENCE, https://www.facebook.com/business/help/366151833804507?id=300360584271273.

[15] FACEBOOK, ABOUT LOOKALIKE AUDIENCES, https://www.facebook.com/business/help/164749007013531?id=401668390442328.

[16] FACEBOOK, CREATE A CUSTOMER LIST CUSTOM AUDIENCE, https://www.facebook.com/business/help/170456843145568?id=2469097953376494; FACEBOOK, CREATE A WEBSITE CUSTOM AUDIENCE, https://www.facebook.com/business/help/1474662202748341?id=2469097953376494.

[17] FACEBOOK, RETARGETING, https://www.facebook.com/business/goals/retargeting.

---

CLASS ACTION COMPLAINT                                                                5

received, Facebook processes it, analyzes it, and assimilates it into datasets like the Core Audiences and Custom Audiences.

17.    Advertisers control what actions—or, as Facebook calls it, "events"—the Facebook Tracking Pixel collects.  The Facebook Tracking Pixel can capture the website's metadata, along with what pages a visitor views and what buttons a visitor clicks.[18]  Advertisers can also configure the Facebook Tracking Pixel to track other events.  Facebook offers a menu of "standard events" from which advertisers can choose, including what content a visitor views or purchases.[19]  Advertisers can also create their own tracking parameters by building a "custom event."[20]

18.    Advertisers control how the Facebook Tracking Pixel identifies visitors. The Facebook Tracking Pixel is configured to automatically collect "HTTP Headers" and "Pixel-specific Data."[21]  HTTP Headers collect "IP addresses, information about the web browser, page location, document, referrer and persons using the website."[22] Pixel-specific Data includes "the Pixel ID and cookie."[23]

**B.    Imgur and The Facebook Pixel**

19.    Imgur delivers a library of videos, featuring them on its homepage and embedding them with tags.

20.    Imgur hosts the Facebook Tracking Pixel and transmits four distinct events to Facebook:

---

[18] *See* FACEBOOK, FACEBOOK PIXEL, ACCURATE EVENT TRACKING, ADVANCED, https://developers.facebook.com/docs/facebook-pixel/advanced/; *see also* FACEBOOK, BEST PRACTICES FOR FACEBOOK PIXEL SETUP, https://www.facebook.com/business/help/218844828315224?id=1205376682832142.

[19] FACEBOOK, SPECIFICATIONS FOR FACEBOOK PIXEL STANDARD EVENTS, https://www.facebook.com/business/help/402791146561655?id=1205376682832142.

[20] FACEBOOK, ABOUT STANDARD AND CUSTOM WEBSITE EVENTS, https://www.facebook.com/business/help/964258670337005?id=1205376682832142.

[21] FACEBOOK, FACEBOOK PIXEL, https://developers.facebook.com/docs/facebook-pixel/.

[22] *Id.*

[23] *Id.*

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Figure 1**



21.     Three of the events—PageView, Microdata, and Button Click—reveal what video a subscriber has watched.

22.     PageView transmits the Universal Resource Locator ("URL") accessed:

**Figure 2**



23.     Microdata transmits the title and description of the video:

1  **Figure 3**



2

3

4

5

6

7

8

9

10

11

12

13

14      24.     Button Click discloses the video's title and registers every button

15  clicked, including when a visitor clicks pause or play:

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Figure 4**



▼ ⚡ Button Click Automatically Detected

**CUSTOM PARAMETERS SENT**

**formFeatures:** []
**buttonText:** Close
**buttonFeatures:** Hide

{"classList":{},"destination":"","id":"","imageUrl":"","innerText":"Close","numChildButtons":0,"tag":"svg"}

**pageFeatures:** Hide

{"title":"Star Bread - GIF - Imgur"}

**parameters:** []

**EVENT INFO**

**URL Called:** Hide

https://www.facebook.com/tr/?id=742377892535530&ev=SubscribedButtonClick&dl=https%3A%2F%2Fimgur.com%2Fgallery%2FkMhnaSU&rl=https%3A%2F%2Fimgur.com%2Fsearch%3Fq%3DStar%2520Bread&if=false&ts=1639961758307&cd%5BbuttonFeatures%5D=%7B%22classList%22%3A%7B%7D%2C%22destination%22%3A%22%22%2C%22id%22%3A%22%22%2C%22imageUrl%22%3A%22%22%2C%22innerText%22%3A%22Close%22%2C%22numChildButtons%22%3A0%2C%22tag%22%3A%22svg%22%7D&cd%5BbuttonText%5D=Close&cd%5BformFeatures%5D=%5B%5D&cd%5BpageFeatures%5D=%7B%22title%22%3A%22Star%20Bread%20-%20GIF%20-%20Imgur%22%7D&cd%5Bparameters%5D=%5B%5D&sw=1440&sh=900&v=2.9.48&r=stable&ec=2&o=30&fbp=fb.1.1639836472406.790196066&it=1639961742710&coo=false&es=automatic&tm=3&exp=p1&rqm=GET&dt=k9xdjc64s49fg65w31k80b0v28ckkc7v

**Load Time:** 2152.09 ms
**Pixel Location:** Hide

https://imgur.com/gallery/kMhnaSU

25.    The data from PageView, Microdata, and Button Click independently and jointly permit an ordinary person to identify a particular video's title and content.

26.    A visitor who is logged into Facebook while watching a video on Imgur will transmit the c_user cookie to Facebook.  The c_user cookie contains an unencrypted Facebook ID.  When accessing the above video, for example, eleven cookies were sent to Facebook, including the c_user cookie and corresponding Facebook ID:

**Figure 5**



27.    When a visitor's browser has recently logged out of Facebook, Imgur will compel the browser to send a smaller set of cookies:[24]

**Figure 6**



28.    The fr cookie contains, at least, an encrypted Facebook ID and browser identifier.[25]  The _fbp cookie contains, at least, an unencrypted value that uniquely identifies a browser.[26]  The datr cookies also identifies a browser.[27]  Facebook, at a minimum, uses the fr and _fbp cookies to identify users.[28]

29.    If a visitor has never created a Facebook account, three cookies are transmitted:

---

[24] Figures 5 and 6 omit a duplicate _fbp cookie that is sent as a first-party cookie.

[25] DATA PROTECTION COMMISSIONER, FACEBOOK IRELAND LTD, REPORT OF RE-AUDIT (Sept. 21, 2012),  http://www.europe-v-facebook.org/ODPC_Review.pdf.

[26] FACEBOOK, CONVERSION API, https://developers.facebook.com/docs/marketing-api/conversions-api/parameters/fbp-and-fbc/.

[27] FACEBOOK, COOKIES & OTHER STORAGE TECHNOLOGIES, https://www.facebook.com/policy/cookies/.

[28] FACEBOOK, COOKIES & OTHER STORAGE TECHNOLOGIES, https://www.facebook.com/policy/cookies/.

---

CLASS ACTION COMPLAINT                                                                    10

1

**Figure 7**

2

| sb | TvgBYhJFBe6Kv97OzAOA6-xv | .facebook.com |
| fr | 0y2srZTA0sPMEK5Ed..BiAfhL.iD.... | .facebook.com |
| _fbp | fb.1.1642999943291.903596540 | .Imgur.com |

3

4      30.    Without a corresponding Facebook ID, the fr cookie contains, at least,

5  an abbreviated and encrypted value that identifies the browser.  The _fbp cookie

6  contains, at least, an unencrypted value that uniquely identifies a browser.  Facebook

7  uses both for targeted advertising.[29]

8      31.    The fr cookie will expire after 90 days unless the visitor's browser logs

9  back into Facebook.[30]  If that happens, the time resets, and another 90 days begins to

10 accrue.[31]

11     32.    The _fbp cookie will expire after 90 days unless the visitor's browser

12 accesses the same website.[32]  If that happens, the time resets, and another 90 days

13 begins to accrue.[33]

14     33.    The Facebook Tracking Pixel uses both first- and third-party cookies.  A

15 first-party cookie is "created by the website the user is visiting"—*i.e.*, Imgur.[34]  A

16 third-party cookie is "created by a website with a domain name other than the one

17 the user is currently visiting"—*i.e.*, Facebook.[35]  The _fbp cookie is always

18 transmitted as a first-party cookie.  A duplicate _fbp cookie is sometimes sent as a

19  _____

20 [29] *See* FACEBOOK, COOKIES & OTHER STORAGE TECHNOLOGIES,
https://www.facebook.com/policy/cookies

21 [30] *See* FACEBOOK, COOKIES & OTHER STORAGE TECHNOLOGIES,
https://www.facebook.com/policy/cookies/.

22 [31] Confirmable through developer tools.
23 [32] *See* FACEBOOK, COOKIES & OTHER STORAGE TECHNOLOGIES,
https://www.facebook.com/policy/cookies/.

24 [33] Also confirmable through developer tools.
25 [34] PC MAG, FIRST-PARTY COOKIES, https://www.pcmag.com/encyclopedia/term/first-party-cookie.  This is confirmable by using developer tools to inspect a website's
26 cookies and track network activity.

27 [35] PC MAG, THIRD-PARTY COOKIES,
https://www.pcmag.com/encyclopedia/term/third-party-cookie.  This is also
28 confirmable by tracking network activity.

_____

CLASS ACTION COMPLAINT                                                                11

third-party cookie, depending on whether the browser has recently logged into Facebook.

34.    Facebook, at a minimum, uses the fr, _fbp, and c_user cookies to link to Facebook IDs and corresponding Facebook profiles.

35.    Facebook ID is personally identifiable information.  Anyone can identify a Facebook profile—and all personal information publicly listed on that profile—by appending the Facebook ID to the end of Facebook.com/.

36.    Through the Facebook Tracking Pixel's code, these cookies combine the identifiers with the event data, allowing Facebook to know, among other things, what Imgur videos a subscriber has watched.[36]

37.    Imgur also uses "Automatic Matching for Partner Integrations":

**Figure 8**

```
fbq.registerPlugin("742377892535530", {__fbEventsPlugin: 1, plugin: function(fbq, instance, config)
fbq.loadPlugin("identity");
instance.optIn("742377892535530", "InferredEvents", true);
fbq.loadPlugin("jsonld_microdata");
instance.optIn("742377892535530", "MicrodataJsonLd", true);
fbq.loadPlugin("iwlbootstrapper");
instance.optIn("742377892535530", "IWLBootstrapper", true);
fbq.loadPlugin("iwlparameters");
fbq.loadPlugin("inferredevents");
instance.optIn("742377892535530", "IWLParameters", true);
fbq.set("iwlExtractors", "742377892535530", []);
fbq.loadPlugin("cookie");
instance.optIn("742377892535530", "FirstPartyCookies", true);
fbq.loadPlugin("inferredevents");
fbq.loadPlugin("microdata");
fbq.loadPlugin("identity");
instance.optIn("742377892535530", "AutomaticSetup", true);
fbq.loadPlugin("automaticmatchingforpartnerintegrations");
instance.optIn("742377892535530", "AutomaticMatchingForPartnerIntegrations", true);
```

38.    "Partner Integrations" means Imgur employs another third-party to "install Meta Business Tools."[37]  Automatic Matching means Imgur configures its Pixel to "look for recognizable form field and other sources on your website that contain information such as first name, last name and email."[38]  The Facebook

---

[36] FACEBOOK, GET STARTED, https://developers.facebook.com/docs/meta-pixel/get-started.

[37] FACEBOOK, ABOUT FACEBOOK PARTNER INTEGRATIONS, https://www.facebook.com/business/help/1179210765468894?id=1205376682832142

[38] FACEBOOK, ABOUT ADVANCED MATCHING FOR WEB, https://www.facebook.com/business/help/611774685654668?id=1205376682832142

---

Tracking Pixel's code will collect that information, "along with the event, or action, that took place."[39]  This information is "hashed,"[40] meaning it is "[a] computed summary of digital data that is a one-way process."  In other words, it "cannot be reversed back into the original data."[41]

39.   Imgur discloses this information so it can better match visitors to their Facebook profiles, thereby allowing Imgur to precisely target its advertisements and measure its analytics:

**Figure 9**

You can use Advanced Matching to help:

- Increase the number of attributed conversions. We can match more of the conversions that happen on your website to people on Meta. This helps you understand the impact of your ads on website conversions.

- Increase your Custom Audience size. We're able to better match your website visitors to people on Meta and increase the size of your Custom Audience.

- Decrease the cost per conversion. Conversion-optimized campaigns become more efficient because we can better identify and deliver ads to the types of people likely to take the actions you care about.

40.   When first signing up, Imgur contains form fields for a username, email, and phone number:

---

[39] *Id.*
[40] DEFINITION OF HASH, https://www.pcmag.com/encyclopedia/term/hash
[41] *Id.*

CLASS ACTION COMPLAINT                                                                    13

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Figure 10**



41.     When later logging in, Imgur contains form fields for username or email:

**Figure 11**



42.     When subscribers enter their username, email, or phone number into these form fields, Imgur's Pixel transmits this information to Facebook.  When subscribers later utilize Imgur, the Facebook Tracking Pixel will transmit these identifiers alongside the event data shown above.  The identifiers enable the social media site to match that event data with a Facebook profile.

43.     Imgur knows Facebook will match the Automatic Matching parameters with a subscriber's subsequent activity, thereby helping Imgur "[i]ncrease the number of attributed conversions," "[i]ncrease [its] Custom Audience size," and "[d]ecrease the cost per conversion."[42]

44.     By compelling a visitor's browser to disclose the Advanced Matching parameters alongside event data for videos, Imgur knowingly discloses information sufficiently permitting an ordinary person to identify a specific individual's video viewing behavior.

45.     By compelling a visitor's browser to disclose the c_user cookie alongside event data for videos, Imgur knowingly discloses information sufficiently permitting an ordinary person to identify a specific individual's video viewing behavior.

46.     By compelling a visitor's browser to disclose the fr and _fbp cookies alongside event data for videos, Imgur knowingly discloses information sufficiently permitting an ordinary person to identify a specific individual's video viewing behavior.

47.     Facebook confirms it matches activity on Imgur with a subscriber's profile.  Facebook allows users to download their "Off-Facebook activity," which is a "summary of activity that businesses and organizations share with us about your interactions, such as visiting their apps or websites."[43]  Here, that report confirms Imgur discloses an individual's video-viewing history:[44]

---

[42] FACEBOOK, ABOUT ADVANCED MATCHING FOR WEB, https://www.facebook.com/business/help/611774685654668?id=1205376682832142.

[43] FACEBOOK, WHAT IS OFF-FACEBOOK ACTIVITY?, https://www.facebook.com/help/2207256696182627.

[44] The Off-Facebook Activity report provides some information but is woefully incomplete.  It only logs activity that a user sends when logged into Facebook, and it only includes a single event description, even when multiple are captured.  *See id.*

---

CLASS ACTION COMPLAINT                                                                   15

**Figure 12**



| Activity received from imgur.com | |
|---|---|
| ID | 742377892535530 |
| Event | PAGE_VIEW |
| Received on | December 15, 2021 at 1:16 PM |
| ID | 742377892535530 |
| Event | PAGE_VIEW |
| Received on | December 15, 2021 at 12:11 PM |
| ID | 742377892535530 |
| Event | PAGE_VIEW |
| Received on | December 15, 2021 at 11:49 AM |
| ID | 742377892535530 |
| Event | PAGE_VIEW |
| Received on | December 15, 2021 at 11:37 AM |
| ID | 742377892535530 |
| Event | PAGE_VIEW |
| Received on | December 15, 2021 at 11:29 AM |

48.     The "ID" shown here matches the Facebook Pixel ID visible in the first image.  The Facebook Pixel ID is a numerical code that uniquely identifies each Pixel.[45]  In practice, this means Imgur's Facebook Tracking Pixel has a Pixel ID that differs from all other websites.  All subscribers who view videos on Imgur's website can pull their off-site activity report and see the same Pixel ID.

49.     Individuals can create an account and subscribe to Imgur by clicking the "Sign up" button:

---

[45] FACEBOOK, GET STARTED, https://developers.facebook.com/docs/meta-pixel/get-started.

**Figure 13**



50.     After clicking sign up, users must input their email and phone number and create a username and password.  *See* Figure 11.

51.     Imgur incentivizes users to become subscribers:

**Figure 14**



52.     Imgur provides these benefits so it can exploit the personal information that Plaintiffs and putative Class members provide.

53.     By creating and utilizing an account, Plaintiffs and Class members subscribed to Imgur.

## **CLASS ACTION ALLEGATIONS**

54.     Plaintiffs bring this action as a class action under Federal Rule of Civil Procedure 23 on behalf of a Class consisting of all persons in the United States who

have a Facebook account, signed up for an Imgur account, and watched videos on Imgur's website.

55.     Excluded from the Class are Defendant, the officers and directors of the Defendant at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which either Defendant have or had a controlling interest.

56.     Plaintiffs are members of the Class they seek to represent.

57.     The Class is so numerous that joinder of all members is impractical. Although Plaintiffs do not yet know the exact size of the Class, Imgur touted 120 million active users in 2015.[46]  Upon information and belief, the Class includes more than one million members.

58.     The Class is ascertainable because the Class Members can be identified by objective criteria – account holders with a Facebook account who viewed videos. Individual notice can be provided to Class Members "who can be identified through reasonable effort."  Fed. R. Civ. P. 23(c)(2)(B).

59.     There are numerous questions of law and fact common to the Class which predominate over any individual actions or issues, including but not limited to:

(a)     Whether Defendant collected Plaintiffs' and the Class's PII;

(b)     Whether Defendant unlawfully disclosed and continues to disclose its users' PII in violation of the VPPA;

(c)     Whether Defendant's disclosures were committed knowingly; and

(d)     Whether Defendant disclosed Plaintiffs' and the Class's PII without consent.

---

[46] Josh Constine, *Get Addicted Too*, TECHCRUNCH (Nov. 11, 2015), https://techcrunch.com/2015/11/11/its-pronounced-image-er/.

60.     Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendant's wrongful conduct. Plaintiffs have no interests antagonistic to the interests of the other members of the Class.  Plaintiffs and all members of the Class have sustained economic injury arising out of Defendant's violations of common and statutory law as alleged herein.

61.     Plaintiffs are adequate representatives of the Class because their interests do not conflict with the interests of the Class Members they seek to represent, they have retained counsel competent and experienced in prosecuting class actions, and they intend to prosecute this action vigorously.  The interests of the Class Members will be fairly and adequately protected by Plaintiffs and their counsel.

62.     The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Plaintiffs and the Class Members.  Each individual Class Member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendant's liability.  Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case.  Individualized litigation also presents a potential for inconsistent or contradictory judgments.  In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability.  Class treatment of the liability issues will ensure that all claims are consistently adjudicated.

## COUNT I
### Violation of the Video Privacy Protection Act
### 18 U.S.C. § 2710, *et seq.*

63.     Plaintiffs repeat the allegations contained in the paragraphs above as if fully set forth herein.

---

CLASS ACTION COMPLAINT                                                                19

64.     Plaintiffs bring this Count individually and on behalf of the members of the Class.

65.     Defendant is a "video tape service provider" because it disseminates countless videos on its website and thus "engag[es] in the business, in or affecting interstate or foreign commerce, of rental, sale, or delivery of prerecorded video cassette tapes or similar audio visual materials." 18 U.S.C. § 2710(a)(4).

66.     Plaintiffs and members of the Class are "consumers" because they subscribed to Imgur by creating an account.  18 U.S.C. § 2710(a)(1).

67.     Imgur disclosed to a third party, Facebook, Plaintiffs' and the Class members' personally identifiable information.  Imgur utilized the Pixel to compel Plaintiffs' web browser to transfer Plaintiffs' identifying information, like their Facebook ID, along with Plaintiffs' event data, like the title of the videos they viewed and what buttons they pressed when doing so.

68.     Plaintiffs and the Class members viewed video clips using Imgur's website.

69.     Imgur disclosed Plaintiffs' PII knowingly because it used that data to build audiences on Facebook and retarget them for their advertising campaigns.

70.     Plaintiffs and class members did not provide Defendant with any form of consent—either written or otherwise—to disclose their PII to third parties.

71.     Nor were Defendant's disclosures made in the "ordinary course of business" as the VPPA defines that term.  In particular, Imgur's disclosures to Facebook were not necessary for "debt collection activities, order fulfillment, request processing, [or] transfer of ownership." 18 U.S.C. § 2710(a)(2).

72.     On behalf of themselves and the Class, Plaintiffs seek: (i) declaratory relief; (ii) injunctive and equitable relief as is necessary to protect the interests of Plaintiffs and the Class by requiring Defendant to comply with VPPA's requirements for protecting a consumer's PII; (iii) statutory damages of $2,500 for each violation

1  of the VPPA pursuant to 18 U.S.C. § 2710(c); and (iv) reasonable attorneys' fees and

2  costs and other litigation expenses.

3                              **PRAYER FOR RELIEF**

4       **WHEREFORE,** Plaintiffs pray for relief and judgment, as follows:

5       A.      Determining that this action is a proper class action;

6       B.      For an order certifying the Class under Rule 23 of the Federal Rules of

7  Civil Procedure, naming Plaintiffs as representative of the Class, and naming

8  Plaintiffs' attorneys as Class Counsel to represent the Class;

9       C.      For an order declaring that Defendant's conduct violates the statutes

10  referenced herein;

11      D.      For an order finding in favor of Plaintiffs and the Class on all counts

12  asserted herein;

13      E.      An award of statutory damages to the extent available;

14      F.      For punitive damages, as warranted, in an amount to be determined at

15  trial;

16      G.      For prejudgment interest on all amounts awarded;

17      H.      For injunctive relief as pleaded or as the Court may deem proper; and

18      I.      For an order awarding Plaintiff and the Class their reasonable attorneys'

19  fees and expenses and costs of suit.

20                              **JURY DEMAND**

21      Plaintiffs hereby demand a trial by jury on all claims so triable in this action.

22

23

24  Dated: February 11, 2022          **BURSOR & FISHER, P.A**.

25                                     By:   _/s/ L. Timothy Fisher_
26                                           L. Timothy Fisher

27                                     L. Timothy Fisher (State Bar No. 191626)
28                                     1990 North California Blvd., Suite 940

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorney for Plaintiffs*