**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SUUFI and SAM KOCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIALAB.AI, INC.,<br><br>Defendant. | Case No. 2:22-CV-00979-SB-KS<br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES PURSUANT TO LOCAL RULE 7-19 AND FED R. CIV. P. 6(b)**<br><br>Judge:  Stanley Blumenfeld, Jr.<br><br>Complaint: February 11, 2022<br><br>Current Date: September 16, 2022<br><br>Proposed Date: April 21, 2023 |

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 7-19, the Court's Case Management Order (Dkt. No. 20), ("Case Management Order") and Fed. R. Civ. P. 6(b), Plaintiffs Mohamed Suufi and Sam Koch ("Plaintiffs"), by and through their respective counsel of record, hereby submit this Ex Parte Application requesting that the Court issue an order further extending the deadline for Plaintiffs filing of Motion for Class Certification from September 16, 2022 to April 21, 2023, as well as further extending the deadline for all remaining pre-trial and trial events, as proposed within this motion.  In support of this request, Plaintiffs state as follows:

1. On February 11, 2022, Plaintiffs filed the complaint in the United States District Court for the Central District of California.  Dkt. No. 1.

2. On May 13, 2022, Defendant answered the complaint.  Dkt. No. 16.

3. On May 13, 2022, the Court issued an Order setting a case management hearing by June 14, 2022.  Dkt. No. 18.

4. On June 6, 2022, the Parties conducted a 26(f) conference call.

5. On June 7, 2022, Plaintiffs served a subpoena on Meta Platforms, Inc. requesting all documents related to Imgur.com.

6. On June 13, 2022, Plaintiffs and Defendant filed a Joint 26(f) Report. Dkt. No. 19.

7. On June 15, 2022, the Court issued a Case Management Order, outlining pertinent dates for the remainder of the case.  Dkt. No. 20.

8. On June 20, 2022, Plaintiffs served the First Set of Interrogatories and Requests for Document Production.

9. On June 28, 2022, Plaintiffs conferred with Meta Platforms, Inc. regarding the subpoena, agreeing to limit the requests to documents pertaining to class certification.

10. On June 30, 2022, Defendant served its First Set of Requests for Production of Documents, Requests for Admission, and Interrogatories.

11. On July 7, 2022, Plaintiffs conferred with Meta Platforms, Inc. about whether and how to receive the documents pertaining to class certification.

12. On July 11, 2022, Plaintiffs conferred with Defendant about whether and how to receive the documents pertaining to class certification.

13. On July 20, 2022, Plaintiffs conferred with Meta Platforms, Inc. about whether and how to receive the documents necessary to certify the class.

14. On July, 20, 2022, Defendant served its Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents.

15. On July 28, 2022, the Parties conferred regarding whether and how to receive the documents necessary to certify the class.

16. On July 29, 2022, the Parties began negotiating on a stipulated ESI protocol.

17. On July 29, 2022, the Parties began negotiating on a stipulated protective order.

18. On August 3, 2022, Defendant served First Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents.

19. On August 4, 2022, Plaintiffs served the Second Set of Interrogatories and Requests for Document Production.

20. On August 11, 2022, Plaintiffs filed a motion in the Northern District of California seeking to compel Meta Platforms, Inc. to produce the documents necessary to certify the class. *See Suufi v. MediaLab.Ai, Inc.*, 5:22-mc-80205-SVK (N.D. Cal.).

21. On August 15, 2022, the Parties filed a stipulated protective order.

22. On August 22, 2022, the Parties filed a stipulated ESI protocol.

23. To date, Plaintiffs have yet to receive any document production from Meta Platforms, Inc. or MediaLab.Ai, Inc.

24. The current deadline for Plaintiffs' Motion for Class Certification is September 16, 2022.

25. In recognition of both the upcoming deadline as well as failure to receive any document production from either Defendant or Meta Platforms, Inc., Plaintiffs, on August 26, 2022, reached out via email to counsel of Defendant regarding Defendant's willingness to stipulate to an extension of time. *See* Fraietta Decl. ¶ 27.

26. On August 26, 2022, counsel of Defendant informed Plaintiffs that it would not stipulate to Plaintiffs' request and had "no position" regarding Plaintiffs' ex parte motion. *See* Fraietta Decl. ¶ 28.

27. Counsel of Defendant, Mr. William A. Delgado, can be reached at (213) 335-7010 and wdelgado@dtolaw.com. Counsel's address is 601 S. Figueroa Street, Suite 2130, Los Angeles, California 90017.

28. Plaintiffs have diligently sought to adhere to the Court's Case Management Order. From the onset, Plaintiffs have noted that Meta maintains pivotal documents relating to the case. *See* Complaint ¶ 5. Plaintiffs also noted in the Joint 26(f) Report that "this case will likely involve substantial non-party discovery from Meta Platforms, Inc." *See* Dkt. No. 18. Plaintiffs have conferred repeatedly with both Meta Platforms, Inc. and Defendant to craft the least burdensome mechanism for receiving information sufficient to certify the class.

29. With a motion to compel pending and document production yet to commence, Plaintiffs respectfully request that the Court grant an extension of the deadline for Plaintiffs Motion for Class Certification until April 21, 2023. This date should provide adequate time for Plaintiffs to receive and examine the necessary documents from both Meta Platforms, Inc. and Defendant. Furthermore, this will

allow Plaintiffs enough time to determine whether expert witnesses are necessary for the matter.

30. Plaintiffs recognize that an extension of the Motion for Class Certification deadline to April 21, 2023 will require an extension of not only pre-trial deadlines, but trial deadlines as well. Accordingly, Plaintiffs respectfully request that the Court grant an extension of deadlines for all remaining pre-trial and trial events outlined in the Case Management Order. Dkt. No. 20.

31. In support of this request, Plaintiffs have offered proposed dates for all remaining events, incorporated within the "Remaining Work" table of this Motion, adhering to the same proportionality as the Court issued in its Case Management Order. *Id.*

**32. Completed Work**

| Date | Party | Event |
|---|---|---|
| 02/11/2022 | Plaintiffs | Complaint |
| 05/13/2022 | Defendant | Answer |
| 06/07/2022 | Plaintiffs | FRCP 45 Subpoena to third party Meta Platforms, Inc. ("Meta") |
| 06/13/2022 | Plaintiffs and Defendant | Joint Rule 26(f) Report |
| 06/20/2022 | Plaintiffs | Initial Disclosures |
| 06/20/2022 | Plaintiffs | Request for Interrogatories and RFPs (Set #1) |
| 06/30/2022 | Defendant | Request for Interrogatories, RFPs, and RFAs (Set #1) |
| 07/20/2022 | Defendant | Responses to RFPs and Interrogatories (Set #1) |
| 08/03/2022 | Defendant | Supplemental Responses to RFPs and Interrogatories (Set #1) |
| 08/04/2022 | Plaintiffs | Request for Interrogatories and RFPs (Set #2) |
| 08/11/2022 | Plaintiffs | Motion to Enforce Subpoena against Meta in the Northern District of California |
| 08/15/2022 | Plaintiffs and Defendant | Stipulated Protective Order |
| 08/23/2022 | Plaintiffs and Defendant | Joint ESI Protocol |
| 08/26/2022 | Plaintiffs | Meta responded to Plaintiffs' Motion to Compel in the United States District Court for the Northern District of California |

**33. Remaining Work**

| Date | Party | Event | Explanation |
|---|---|---|---|
| 08/31/2022 | Plaintiffs | Reply to Meta's response to motion to enforce subpoena | Plaintiffs subpoenaed Meta on June 07, 2022. Due to Meta's failure to comply with the subpoena, Plaintiffs filed a motion to enforce the subpoena on August 11, 2022 in the N.D. Cal. As a result, Meta had until August 26, 2022 to respond to the motion, and Plaintiffs currently have until August 31, 2022 to reply to Meta's response. As referenced in paragraph 26, Meta maintains documents essential to the present matter. Extending the Motion for Class Certification until April 21, 2023 will provide adequate time for Plaintiffs to receive document production from Meta, review said document production, and incorporate findings into the Motion for Class Certification. |
| 08/31/2022 | Plaintiffs | Provide responses to Defendant's RFPs, RFAs, | Plaintiffs are currently preparing their responses to the |

| Date | Party | Action | Notes |
|---|---|---|---|
| | | and Interrogatories (Set #1) | aforementioned discovery requests. |
| 09/01/2022 | Plaintiffs | Receive an order from the N.D. Cal. action regarding the motion to compel compliance with the subpoena. | Meta Platforms, Inc.'s responded to the Plaintiffs' motion to compel on 8/26/22. Plaintiffs reply is due 8/30/22. Plaintiffs anticipate receiving an order shortly thereafter. |
| 09/28/2022 | Defendant | Produce requested Document Production to Plaintiffs (Set #1) | These documents will be imperative for Plaintiffs to receive and review prior to filing the Motion for Class Certification. An extension of the Motion for Class Certification until April 21, 2023 will provide Plaintiffs the requisite time to receive document production, review said documents, and incorporate findings from the documents into the motion. |
| 10/03/2022 | Meta Platforms, Inc. | Produce documents in response to the motion to compel compliance with the subpoena. | Plaintiffs anticipate that it will take, at a minimum, a month for Meta Platforms, Inc. to assemble the requested documents. |
| 12/12/2022 | Plaintiffs | Receive and review Defendant's Production of Documents (Set #1) and Meta Platform | As referenced in the section above, Plaintiffs request time to receive and review document production from |

| | | | |
|---|---|---|---|
| | | Inc.'s Production of Documents. | Defendant for Set #1 and from Meta Platforms, Inc. for the subpoena. |
| 01/11/2023 | Plaintiffs | Determine if expert testimony will be necessary, and if so, retain expert. | After finishing document review, Plaintiffs must determine whether an expert report will be necessary for class certification purposes. |
| 02/01/2023 | Plaintiffs | Notice depositions for Meta Platforms, Inc. and Defendant. | After finishing document review, Plaintiffs must determine whether depositions are needed to certify the class. |
| 02/25/2023 | Plaintiffs | Issue any outstanding document requests to Defendant or Meta Platforms, Inc. regarding class certification. | After finishing document review, Plaintiffs will likely issue additional discovery requests that are necessary to establish class certification. |
| 04/21/2023 | Plaintiffs | File Motion for Class Certification | An April 21, 2023, deadline will provide enough time for Plaintiffs to gather the relevant documents and draft a class certification motion. |
| 05/05/2023[1] | Defendant | File Opposition to Motion for Class Certification | This deadline is adjusted proportionally to the new class certification deadline. |
| 05/12/2023 | Plaintiffs | File Reply Brief in Support of | This deadline is adjusted proportionally to |

---

[1] Per the Court's request, Plaintiffs have included "proposed date[s] for completion in the first column," of each remaining event. Dkt. No. 20.

| | | | Class Certification | the new class certification deadline. |
|---|---|---|---|---|
| | 06/02/2023 | Plaintiffs and Defendant | Motion for Class Certification Hearing | This deadline is adjusted proportionally to the new class certification deadline. |
| | 08/25/2023 | Plaintiffs and Defendant | Discovery Deadline - Nonexpert | This deadline is adjusted proportionally to the new class certification deadline. |
| | 09/22/2023 | Plaintiffs and Defendant | Discovery Deadline - Expert | This deadline is adjusted proportionally to the new class certification deadline. |
| | 08/11/2023 | Plaintiffs and Defendant | Initial Expert Disclosure | This deadline is adjusted proportionally to the new class certification deadline. |
| | 08/25/2023 | Plaintiffs and Defendant | Rebuttal Expert Disclosure | This deadline is adjusted proportionally to the new class certification deadline. |
| | 09/22/2023 | Plaintiffs and Defendant | Discovery Motion Hearing Deadline | This deadline is adjusted proportionally to the new class certification deadline. |
| | 10/06/2023 | Plaintiffs and Defendant | Non-Discovery Motion Hearing Deadline | This deadline is adjusted proportionally to the new class certification deadline. |
| | 10/20/2023 | Plaintiffs and Defendant | Settlement Conference Deadline (Private) | This deadline is adjusted proportionally to the new class certification deadline. |
| | 10/27/2023 | Plaintiffs and Defendant | Status Report Due for Post-Settlement | This deadline is adjusted proportionally to the new class |

| | | | |
|---|---|---|---|
| | | Status Conference | certification deadline. |
| 11/03/2023 | Plaintiffs and Defendant | Post-Settlement Status Conference | This deadline is adjusted proportionally to the new class certification deadline. |
| 12/01/2023 | Plaintiffs and Defendant | Trial Filings (First Set) Deadline | This deadline is adjusted proportionally to the new class certification deadline. |
| 12/15/2023 | Plaintiffs and Defendant | Trial Filings (Second Set) Deadline | This deadline is adjusted proportionally to the new class certification deadline. |
| 01/12/2024 | Plaintiffs and Defendant | Pretrial Conference | This deadline is adjusted with respect to the new class certification deadline while recognizing the Court's closure on federal holidays. |
| 01/29/2024 | Plaintiffs and Defendant | Trial | This deadline is adjusted proportionally to the new class certification deadline. |

Dated:  August 29, 2022          **BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*

    L. Timothy Fisher (State Bar No. 191626)
    1990 North California Blvd., Suite 940
    Walnut Creek, CA 94596
    Telephone: (925) 300-4455
    Facsimile:  (925) 407-2700
    E-mail:  ltfisher@bursor.com

*Attorney for Plaintiffs*