1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SUUFI and SAM KOCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIALAB.AI, INC.,<br><br>Defendant. | Case No. 2:22-CV-00979-SB-KS<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES PURSUANT TO LOCAL RULE 7-19 AND FED R. CIV. P. 6(b)** |

    Having considered the ex parte application seeking to extend the deadlines in the case management order ("CMO") and finding good cause to grant a continuance, the Court grants the application and hereby modifies the CMO by adopting the Proposed Dates (as may have been modified) in the table below.

1

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| Trial | None | 06/12/2023 | 01/29/2024 |
| Pretrial Conference | None | 05/26/2023 | 01/12/2024 |
| Motion to Amend Pleadings | None | 08/19/2022 | 08/19/2022 |
| Motion for Class Certification | None | 09/16/2022 | 04/21/2023 |
| Opposition to Motion for Class Certification | None | 09/30/2022 | 05/05/2023 |
| Reply Brief in Support of Class Certification | None | 10/07/2022 | 05/12/2023 |
| Motion for Class Certification Hearing | None | 10/28/2022 | 06/02/2023 |
| Discovery Deadline – Nonexpert | None | 01/20/2023 | 08/25/2023 |
| Discovery Deadline – Expert | None | 02/17/2023 | 09/22/2023 |
| Initial Expert Disclosure | None | 01/06/2023 | 08/11/2023 |
| Rebuttal Expert Disclosure | None | 01/20/2023 | 08/25/2023 |
| Discovery Motion Hearing Deadline | None | 02/17/2023 | 09/22/2023 |
| Non-Discovery Motion Hearing Deadline | None | 03/03/2023 | 10/06/2023 |
| Settlement Conference Deadline | None | 03/17/2023 | 10/20/2023 |
| Post-Settlement Status Conference Report | None | 03/24/2023 | 10/27/2023 |
| Post-Settlement Status Conference | None | 03/31/2023 | 11/03/2023 |
| Trial Filings (1st Set) | None | 04/28/2023 | 12/01/2023 |
| Trial Filings (2nd Set) | None | 05/12/2023 | 12/15/2023 |

Dated:

Stanley Blumenfeld, Jr.
United States District Judge

2