**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
Sean L. Litteral (State Bar No. 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         bscott@bursor.com
         slitteral@bursor.com

*[Additional Counsel Listed on Signature Page]*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SUUFI and SAM KOCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIALAB.AI, INC.,<br><br>Defendant. | Case No. 2:22-CV-00979-SB-KS<br><br>**NOTICE OF SETTLEMENT** |

1 | Plaintiffs Mohamed Suufi and Sam Koch ("Plaintiffs"), and Defendant
2 | MediaLab.Ai, Inc. ("Defendant") (collectively, the "Parties"), have reached a
3 | settlement in principle of the claims asserted in this action.  The Parties are in the
4 | process of preparing a formal settlement agreement and intend to complete the
5 | process and file a dismissal within thirty (30) days.  The Parties jointly request that
6 | the Court stay all pending deadlines in this matter.

Dated:  October 27, 2022

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
Sean L. Litteral (State Bar No. 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail:  ltfisher@bursor.com
        bscott@bursor.com
        slitteral@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*pro hac vice*)
Philip F. Fraietta (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: jarisohn@bursor.com
        pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Christopher R. Reilly (*pro hac vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (310) 679-0006
E-mail: creilly@bursor.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**STUCK LAW FIRM, APLC**
Gregory Stuck (State Bar No. 311162)
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (323) 325-5634
Facsimile: (323) 544-0859
E-mail: greg@stuck.law

*Attorneys for Plaintiffs*

**DTO Law**

By: */s/ William A. Delgado*
William A. Delgado
Titania Jean Mooney
601 South Figueroa Street Suite 2130
Los Angeles, CA 90017
213-335-6999
Email: wdelgado@dtolaw.com
          jmooney@dtolaw.com

*Attorneys for Defendant*

16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the other signatories to this document.

By:  */s/ L. Timothy Fisher*

---

2

NOTICE OF SETTLEMENT
CASE NO. 2:22-CV-00979-SB-KS